United States District Court
Southern District of Texas
**ENTERED**
April 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BLAKE EDWARD HASTY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-114 |
| | § | |
| FLAGSTAR BANK, F.S.B., | § | |
| | § | |
| Defendant. | § | |

# **FINAL JUDGMENT**

Pursuant to the court's order, Dkt. 36, entered in this case granting Flagstar Bank's motion for summary judgment, Dkt. 35, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 23rd day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE